```
1  JAMES R. HOMOLA #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
   Fresno, California 93721
3  Telephone: (559) 441-7111
   FAX: (559) 441-7115
4
5  Attorney for Defendant
   MELISSA VELASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR00009 DAD-BAM |
| Plaintiff, | |
| vs | NOTICE OF WAIVER OF PERSONAL APPEARANCE |
| MELISSA VELASQUEZ, | |
| Defendant. | |

Defendant MELISSA VELASQUEZ hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant requests the Court to proceed during every absence of hers which the Court may permit, pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, James R. Homola, as if Defendant was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

Defendant further acknowledges that she has been informed of her rights under the Speedy

Trial Act (18 U.S.C. §§ 3161-3174), authorizes her attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: January 10, 2020

/s/ Melissa Velasquez
MELISSA VELASQUEZ

Dated: January 10, 2020

/s/ James R. Homola
James R. Homola
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **January 14, 2020**

_____
UNITED STATES DISTRICT JUDGE