IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MELISSA VELASQUEZ, and<br>NORA GARCIA,<br>                              Defendants. | **CASE NO.  1:16-CR-0009 DAD-BAM**<br><br>**ORDER DISMISSING INDICTMENT AS TO MELISSA VELASQUEZ AND NORA GARCIA (Fed.R.Crim.P 48(A))** |

The United States of America, having moved this Court to dismiss the indictment in the above-named case as to defendant MELISSA VELASQUEZ and NORA GARCIA only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment in the above-captioned case as to MELISSA VELASQUEZ and NORA GARCIA only shall be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:   __**May 4, 2021**__                    _____

UNITED STATES DISTRICT JUDGE

1